HARRY B. HOLLINS and Others, Respondents, v. WILLIAM R. GARRISON

and Others, Appellants.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.